PER CURIAM.
The default order under review [1] was erroneously entered after an answer had been filed and is consequently reversed. Fla.R. Civ.P. 1.500(c); Board of Regents v. Hardin, 393 So.2d 1134 (Fla. 1st DCA 1981); Chester, Blackburn & Roder, Inc. v. Marchese, 383 So.2d 734 (Fla. 3d DCA 1980); Freedman v. Freedman, 235 So.2d 544 (Fla. 3d DCA 1970), cert. denied, 241 So.2d 859 (Fla.1970).

. Pursuant to Fla.R.App.P. 9.130(a)(3)(C)(iv). See Doctor’s Hospital of Hollywood, Inc. v. Madison, 411 So.2d 190 (Fla.1982).